IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**GARY LEON WEBSTER**  **PLAINTIFF**
ADC #114018

v.  Case No: 3:20-CV-00016-LPR

**KAIT CHANNEL 8 TELEVISION STATION**  **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that Plaintiff Gary Leon Webster's Complaint is DISMISSED without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action would not be taken in good faith.

IT IS SO ADJUDGED this 26th day of February 2020.

_____
UNITED STATES DISTRICT JUDGE